*LM*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
### for the
_Northern_ District of _ILLINOIS_

_Civil_ Division

**RECEIVED**

AUG 04 2022

**THOMAS G. BRUTON**
**CLERK, U.S. DISTRICT COURT**

Michelle Valentine

*Plaintiff(s)*

*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

-v-

United Airlines Holding Inc

*Defendant(s)*

*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☐ Yes ☒ No

1:22-cv-04103
Judge Jorge L. Alonso
Magistrate Judge M. David Weisman
RANDOM

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if
needed.

| | |
|---|---|
| Name | Michelle Valentine |
| Street Address | 4630 South Kirkman RD Unit 716 |
| City and County | Orlando, Orange Co |
| State and Zip Code | Florida, 32811 |
| Telephone Number | 929 360 3901 |
| E-mail Address | Sheevee 66@ yahoo.com |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an
individual, a government agency, an organization, or a corporation. For an individual defendant,
include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**Defendant No. 1**

Name     United Airlines Holding Inc

Job or Title *(if known)*

Street Address     233 S WACKER DRIVE Suite 8000

City and County     Chicago, Cook Co

State and Zip Code     IL  60606 - 6448

Telephone Number     312 460 5000

E-mail Address *(if known)*     J Levenson @ seyFarth.com

ATTY Jules Levenson & SEYFARTH SHAW LLP

**Defendant No. 2**

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

**Defendant No. 3**

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

**Defendant No. 4**

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☒ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

American Disability Act 1990 title 1 (Benefits)

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* Michelle ValenTine , is a citizen of the State of *(name)* ORlando , FL .

b.    If the plaintiff is a corporation

The plaintiff, *(name)* , is incorporated under the laws of the State of *(name)* ,

and has its principal place of business in the State of *(name)* .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* , is a citizen of the State of *(name)* . Or is a citizen of *(foreign nation)* .

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b.    If the defendant is a corporation

The defendant, *(name)* United Arline Holding Inc is incorporated under

the laws of the State of *(name)* Chicago, IL , and has its

principal place of business in the State of *(name)* Chicago, IL .

Or is incorporated under the laws of *(foreign nation)* ,

and has its principal place of business in *(name)* .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy $86,000

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Plaintiff is Entitled to her Disability Pension Lump Sum Payment. she over 55 years of age with a continuing disability.

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Plaintiff continue being denied her Pension Benefits in a lump Sum, by United Benefits committee. Plaintiff was employed by Continental Airlines Back in 2004 where prior to separation she was injured, a disability permenent Rate was given By Employers ATTORney in 2006, court proceeding. and a imparement Rating with workers Comp. which until and continuing disability even after age 55 years.

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Continue to Be,) discrimated against, my onset of disability date. and continues to stress and have anxiety attacks. Over Seperation, onset date, vested and credit service was to continue even after seperation until 55 years old. where Plaintiff continue to be disabled. and able to receive her lump Sum Payment of Pension. Evidence Attached

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    7/18/22

Signature of Plaintiff

Printed Name of Plaintiff    Michelle Valentine -

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11. *evidence attached.*

### A.    For Parties Without an Attorney

Page. ① Cout case with Continental Airlines April 29 2006

② Worker Comp. Continental Indemnity & impairment Rating.

③

④

⑤ 1.22 Disability shall me in the case of an illness OR injury.

⑥ c) Lump Sum

⑦ Rights under Erisa

⑧ Vesting and Benefit Service for Disability

⑨ Continental Retirement Benefits $86,000

⑩ 18 U.S. CODE & 1027 False statement and concealment. of Fact.

Onset date of a Disability is when former Employee was injured Back in 1998 and 2003.

not 2015 when Committee decides.

**Lenahan & Rockwell, P.A.**

ATTORNEYS AT LAW

1170 U.S. Highway 22

Suite 200

Bridgewater, NJ  08807

*Evidence 1*

Thomas E. Lenahan, Jr.*
Mark P. Rockwell
Ralph J. Sorrento
Kristin A. Deleppo
Susan E. Gruen

Tel. 908-231-7900
Fax  908-526-8442

24 East Main Street
Freehold, NJ  07728
Tel. 732-761-1311
Fax  732-761-1535

*CERTIFIED CIVIL TRIAL ATTORNEY

PLEASE REPLY TO:
BRIDGEWATER

April 20, 2006

Gary G. Flynn, Esquire
Flynn& Russo, P.C.
Suite #1803
744 Broad Street
Newark, NJ 07102

**Re:  Michelle Valentine vs. Continental Airlines, Inc.**
**Our File No.: C-3755C**
**C.P. No.: 2004-12868**

Dear Mr. Flynn:

This matter was pre-tried before Judge Oakerson on April 7, 2006.  I have enclosed a copy of the Pre-Trial Memorandum for your ready reference and review.

It was our contention that petitioner's average weekly wage was $142.30 which would give rise to a permanent disability rate of $99.61.  It is my understanding that you will discuss this issue with petitioner and let me know if she is contesting this wage and rate. If petitioner is contesting the wage and rate, please provide me with any additional information to support her challenge before the upcoming trial date on June 9, 2006.

Thank you for your courtesy and cooperation.

Very truly yours,

LENAHAN & ROCKWELL, P.A.

By:
    Mark P. Rockwell

MPR:bak

*worker comp · Evidence 2*

**CONTINENTAL AIRLINES, INC.**
**001534-010141-WC-01 VALENTINE, MICHELLE**

+ Basic Claim Information

- Basic Claim Information

| | |
|---|---|
| Claimant Name: | VALENTINE, MICHELLE |
| Reporting Unit Number: | 41559900 |
| Reporting Unit Name: | TERMINAL OPS - EWR |
| Branch: | 000161 GB PARSIPPANY |
| Adjuster: | 916103 MONTGOMERY, VANESSA |
| E-Mail Address: | |
| Nature - BI: | 9072 Strain |
| Part of Body: | 0008 Back, lower |
| Accident Date: | 02-Sep-1998 (Wed) |
| Next Review Date: | |
| Claim Status: | Closed (06-Jul-2001) |
| WC Type: | Indemnity |

| | |
|---|---|
| Claim Status: | Closed (06-Jul-2001) |
| Controverted: | No |
| Claim In Suit: | No |
| Prior TPA Number: | 0727100019995189 |
| Run-In: | Yes |
| Adjuster: | 916103 MONTGOMERY, VANESSA |
| WC Type: | Indemnity |
| Accident Date: | 02-Sep-1998 (Wed) **Time:** 23:59 |

Adjuster Detail

## Claimant Information

| | |
|---|---|
| Claimant: | VALENTINE, MICHELLE |
| Address: | 602 N ESSEX 6TH ST 2ND FL |
| | NEWARK, NJ 07107 |
| | USA |
| Phone: | |
| E-mail Address: | |
| Claimant ID: | |
| Electronic Funds Transfer: | No |
| Gender: | Female |
| Date of Birth: | 15-Jul-1966 |
| Age on Day of Accident: | 32 |
| Date of Death: | |
| Marital Status: | Married |
| Number of Dependents: | |
| State Claim Number: | |

1

*Michelle Valentine*

*worker comp*

*Goodwin*

*3*

*1 of 2*

**Recovery Potential:**
Subrogation:         No
State Fund:         No

**Benefit Offsets:**
Unemployment:     No
Pension:         No
Social Security:    No
Other:          No
SS or Other Offset Amount:

Deductible:         No deductible program
Method of Settlement:   5 DISMISSAL OR TAKE NOTHING
Reserve Type:      00 Standard reserve
Indemnity Closure Reason:  **

## Impairment Experience

Scheduled Impairment:

**% Impairment   Body Member            # Weeks   Indemnity Experience**

Unscheduled Impairment:

| | % Impairment | Indemnity Experience |
|---|---|---|
| | 5 | 5,000.00 |
| Permanent Impairment Experience | | 5,000.00 |
| Indemnity Total Experience | | 5,471.75 |



## Loss Information

Claim Description:      LIFTING BAGGAGE ON RAMP/PAIN I
Accident Date:         02-Sep-1998 (Wed)  **Time:**  23:59
Reported Date:        02-Sep-1998 (Wed)
Indexed Date:         06-Dec-2000
Independent Adjuster:
Date Reported To Client:   02-Sep-1998
Date Reported To Vendor:  **Time:**  00:00

Multi-Claim Occurrence:
Companion Claim:
MPN:             No

Part of Body:         0008 Back, lower

2

| | |
|---|---|
| Nature (BI): | 9072 Strain |
| Benefit State: | NJ New Jersey |
| Benefit Country: | USA |
| Injury Type: | 04 Minor Perm Part |
| Type of Loss: | Trauma |
| NCCI Loss Coverage: | 11 State Act Trauma |
| Initial Treatment: | 1 Minor on-site remedies by employer medical staff |
| Surgery: | No |
| Pre-Existing Condition: | No |
| PPO: | No |
| Reportable Lost Time: | Yes |
| Employer Notified Date: | 02-Sep-1998 |
| Initial Last Day Worked: | 02-Sep-1998 |
| Initial Disability: | 03-Sep-1998 |
| Initial Return to Work: | 12-Sep-1998 |
| Release Return to Work: | |
| Max Med Improvement: | 06-Jul-2001 |
| % Impairment: | 5% |
| Year Last Exposed: | |

**With Restrictions:** No
**With Restrictions:**

## Employment Information

| | |
|---|---|
| Employee Id: | |
| NCCI Job Class: | 7403 AIRLINE: GROUND EMPS & DRIVERS (NJ) |
| Employment Status: | P Regular, part-time |
| Hire Date: | 12-Oct-1993 |
| Length of Service: | 0 |
| Occupation: | GROUND EMPLOYEE |
| Lost Work Days: | 0 |
| Workdays per Week: | 0 |
| Full Pay Day of Injury: | |
| Average Weekly Wage: | 277.50 |
| Compensation Rate: | 194.25 |
| Other Compensation: | |
| Post-Injury Weekly Wage: | |
| Salary Continued in Lieu of Benefits: | No From: Thru: |
| Supervisor Name: | |
| Employer SIC: | 4512 Trans. by Air-Air transportation, scheduled |
| Employer FEIN: | |

**1.22 Disability.** "Disability" shall mean in the case of an illness or injury sustained by a Participant prior to attainment of age 55, his or her total and presumably permanent inability to perform the duties of any occupation or employment due to such illness or injury. In the case of an illness or injury sustained by a Participant on or after attaining age 55, "Disability" shall mean his or her total and presumably permanent inability to perform the duties of his or her actual or any comparable occupation or employment due to such illness or injury. Notwithstanding the foregoing, a Participant shall not be considered to have incurred a Disability on account of a selfinflicted

illness or injury or a condition with no objective medical finding (such as fear-of-flying syndrome).

Given to By.
plaintiff Attorney
agency

*(c) Lump Sum.* The Actuarially Equivalent value of the Participant's Accrued Benefit is paid in one sum; provided, however, that a lump sum can be elected by the Participant only with respect to the Normal Retirement Pension, Early Retirement Pension, Deferred Retirement Pension, and Disability Pension payable under Sections 4.2, 4.4, 4.5, and 6.3, respectively. A lump sum can be elected by the Surviving Spouse of a Participant with respect to the death benefit payable under Section 7.1 only if the Participant's death occurs on or after his or her attainment of either Early Retirement Age or Normal Retirement Age.

Evidence
6



## YOUR RIGHTS UNDER ERISA

As a participant in the 401(k) Savings Plan and/or the Retirement Plan, you are entitled to certain rights and protections under the Employee Retirement Income Security Act of 1974 (ERISA). ERISA provides that all plan participants shall be entitled to:

> ➤ **Examine, without charge, all plan documents, including insurance contracts, collective bargaining agreements and copies of all documents filed by the plans with the U.S. Department of Labor, such as detailed annual reports and plan descriptions. These are available for your inspection at Corporate headquarters (1600 Smith Street, 20th Floor, Houston, Texas 77002) and at other specified locations such as worksites or through the unions.**

> ➤ **Obtain copies of all plan documents and other plan information upon written request to the plan administrator. The administrator may assess a reasonable charge for the copies.**

> ➤ **Receive a summary of each plan's annual financial report. The plan administrator is required by law to furnish each participant with a copy of this summary annual report.**

> ➤ **Request, once a year, a written statement showing 401(k) savings plan benefits.**

### Obligations Of Fiduciaries

ERISA also requires the people responsible for operation of the 401(k) Savings Plan and the Retirement Plan (the plan *fiduciaries*) to operate the plans prudently in the interests of the plan participants and beneficiaries.

### Obligations Of Employers



Another of your ERISA-guaranteed rights is that no one, including your employer, your union or any other person, may fire you or otherwise discriminate against you in any way to prevent you from obtaining plan benefits for which you are eligible or exercising your rights under ERISA.

### Conditions For Legal Action

If your claim for a benefit is denied in whole or in part, you must obtain a written explanation of the reason for the denial. You have the right to have the plan review and reconsider your claim. Under ERISA, there are steps you can take to enforce the above rights. For instance, if you request materials from the plan and do not receive them within 30 days, you may file suit in a federal court. In such a case, the court may require the plan administrator to provide the materials and pay you up to $110 a day until you receive the materials, unless the materials were not sent because of reasons beyond the control of the administrator.



*copy of Evidence ATTACHED Valentin vs United Holding Inc — Evidence 8*

Your *benefit service* does not include any period during which:

- **You were employed by an affiliate or a division that was not participating in the plan at the time you were employed (except as shown in the previous list)**
- **You were assigned to a job category in which you were not qualified as an eligible employee**
- **You received a distribution of your accrued benefit**
- **With respect to service before February 1, 1999, a period of service following your severance from service date and before your return to employment, except to the extent required by law for absence due to military service.**

However, employees who were employed at stations converted from Continental Airlines, Inc. stations to Continental Express, Inc. will receive benefit service from the date of conversion until the date you cease working at that station, provided you elect to continue to participate beyond July 1, 2000, otherwise it ceases to accrue on July 1, 2000.

**Vesting And Benefit Service For Disability**



If you become disabled and remain disabled through the age you qualify for retirement (or early retirement), you receive both vesting service and benefit service — limited to 501 hours per year — for the period of disability up to age 65.

If you recover from a disability, you will receive benefit service for the time you were disabled if you return to work within 60 days and remain with the company or an affiliate for at least one year, or if you are willing and able and volunteer to return to work but are not rehired.

If you recover from a disability and are able to return to work for the company or an affiliate but do not, you will receive vesting service and benefit service to your date of disability but not beyond it.

*my situation*



**Working Together Works.**

# Continental Retirement Benefit

Statement Date 04-28-2004



000011
**MICHELLE G. VALENTINE**
**P O BOX 19882**
**GREENSBORO NC 27419**

During your employment with Continental Airlines, you participated in the Continental Retirement Plan and met its vesting requirements. Please review the Information Used to Calculate Your Benefit section to verify the data we have on file.

## Information Used to Calculate Your Benefit

| | |
|---|---|
| Birth Date | 07-15-1966 |
| Hire Date | 10-12-1993 |
| Last Day of Employment | 03-30-2004 |
| Normal Retirement Age | 65.00000 |
| Final Average Pay | $86,000.00 |
| Pension Vesting Service (years) | 10.50610 |
| Pension Benefit Service (years) | 10.26270 |

Benefit Service Excludes the Following Periods:

07-01-1995 to 09-26-1995          11-18-1999 to 02-03-2000
06-24-2003 to 08-25-2003          03-30-2004 to 03-30-2004



Exhibit
10

LII  > U.S. Code  > Title 18  > PART I  > CHAPTER 47  **> § 1027**

# 18 U.S. Code § 1027 - False statements and concealment of facts in relation to documents required by the Employee Retirement Income Security Act of 1974

U.S. Code    Notes

Whoever, in any document required by title I of the Employee Retirement Income Security Act of 1974 (as amended from time to time) to be published, or kept as part of the records of any employee welfare benefit plan or employee pension benefit plan, or certified to the administrator of any such plan, makes any false statement or representation of fact, knowing it to be false, or knowingly conceals, covers up, or fails to disclose any fact the disclosure of which is required by such title or is necessary to verify, explain, clarify or check for accuracy and completeness any report required by such title to be published or any information required by such title to be certified, shall be fined under this title, or imprisoned not more than five years, or both.

(Added Pub. L. 87–420, § 17(c), Mar. 20, 1962, 76 Stat. 42; amended Pub. L. 93–406, title I, § 111(a)(2)(B)(i), (ii), Sept. 2, 1974, 88 Stat. 851; Pub. L. 103–322, title XXXIII, § 330016(1)(L), Sept. 13, 1994, 108 Stat. 2147.)





# Social Security Administration
# **Benefit Verification Letter**

Date: June 16, 2022
BNC#: 22UV357J21660
REF: A, DI

MICHELLE GRACE VALENTINE
UNIT 716
4630 S KIRKMAN RD
ORLANDO FL 32811-2833

You asked us for information from your record. The information that you requested is shown below. If you want anyone else to have this information, you may send them this letter.

## Information About Current Social Security Benefits

Beginning December 2021, the full monthly Social Security benefit before any deductions is $1,031.60.

We deduct $0.00 for medical insurance premiums each month.

The regular monthly Social Security payment is $1,031.00.
(We must round down to the whole dollar.)

Social Security benefits for a given month are paid the following month. (For example, Social Security benefits for March are paid in April.)

Your Social Security benefits are paid on or about the third of each month.

We found that you became disabled under our rules on January 1, 2015.

## Information About Past Social Security Benefits

From February 2021 to November 2021, the full monthly Social Security benefit before any deductions was $974.20.

We deducted $0.00 for medical insurance premiums each month.

The regular monthly Social Security payment was $974.00.
(We must round down to the whole dollar.)

## Type of Social Security Benefit Information

You are entitled to monthly disability benefits.

See Next Page

The decision of the Administrative Committee is final and binding.

 If the Administrative Committee denies your appeal, you have the right to initiate a civil action in federal court under Section 502(a) of the Employee Retirement Income Security Act of 1974, as amended to the extent such action is not prohibited under the terms of other federal law. If available, this  option is available to you only after you have exhausted all of the administrative remedies available to you through the Plan's claims and appeals process.

If you have questions about your benefits, please call the United Airlines Benefits Center at 1-800-651-1007. United Airlines Benefits Center representatives are available between 7 a.m. and 7 p.m., Central time, Monday through Friday or access the Your Benefits Resources™ website at http:/www.ybr.com/united.

Sincerely,

Shannon Carter
Human Resources
United Airlines, Inc.

Valentine_01272022

A STAR ALLIANCE MEMBER



**Shannon Carter**
Pension Plan Manager
Human Resources


February 2, 2022


Dear Ms. Valentine,

In reviewing your claim for a Disability pension under the Continental Retirement Plan, the United Retirement Benefit Appeals Committee considered the information submitted with your written claim and the relevant plan provisions. Based on such review, your claim is denied.

This denial is a result of your failure to provide proof of eligibility to demonstrate that you became totally and permanently disabled, as defined in section 1.22 of the Continental Retirement Plan, (enclosed) while actively employed with United Airlines, Inc. formerly known as Continental Airlines, Inc. As a reference, the most commonly provided form of proof of eligibility for a Disability pension is a *Social Security Administration – Notice of Award* letter, which you would have received upon approval for disability benefits therefrom.

You may appeal this denial to the Administrative Committee within 60 days from the date of this letter. If you do not submit an appeal to the Administrative Committee during this time period, you may not file an appeal for this claim at a later date. You may submit your appeal in writing to:

> The Administrative Committee
> c/o Shannon Carter – United Airlines, Inc.
> 609 Main Street
> HSCHR
> Houston, TX 77002

Due to the COVID-19 pandemic and Declaration of a National Emergency on March 13, 2020, the U.S. Department of Labor (DOL) issued a Notification of relief, extending deadlines for individuals to take certain plan actions, including appeal of an adverse claim determination. The agencies extended deadlines that may be missed during the "Outbreak Period" associated with COVID-19, which began on March 1, 2020, and is set to expire 60 days after the end of the National Emergency. Since the National Emergency is ongoing, your extended deadline will be the earlier of one year from your original deadline or your original timing after the end of the "Outbreak Period" described above. Although this extension will be taken into account in determining your appeal deadline, please do not delay in submitting your appeal.

In preparing your appeal, you have the right to receive, upon request and without charge, reasonable access to or copies of any relevant documents, records, or other information relied upon making this determination. If you have any additional information or documentation to support your claim, you must submit it with your appeal.

The Administrative Committee will review your appeal and generally respond in writing within 60 days following the receipt of your appeal. If the Administrative Committee needs additional time to make a decision, they will notify you in writing of the extension within 60 days following receipt or your appeal.

A STAR ALLIANCE MEMBER

Michelle Valentine
4630 South Kirkman Rd # 716
Orlando, FL 32811


INSPECTED BY THE
UNITED STATES
MARSHALS SERVICE

United States District Court
219 South Dearborn
Chicago, IL 60604-5670
Civil Clerk Division


CERTIFIED MAIL
PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

7021 1970 0000 3306 7796



UNITED STATES
POSTAL SERVICE
1029

U.S. POSTAGE PAID
FCM LG ENV
ORLANDO, FL
32819
JUL 28, 22
AMOUNT
$7.12
R2305K140663-06
60604


RECEIVED

AUG 04 2022

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT