## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Michelle Valentine

                         Plaintiff,

v.                                         Case No.: 1:22–cv–04103
                                                     Honorable John J. Tharp Jr.

United Airlines Holding Inc.

                         Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Wednesday, April 29, 2026:


       MINUTE entry before the Honorable John J. Tharp, Jr: The plaintiff's motion for leave to appeal in forma pauperis [39] is denied as moot in light of the Seventh Circuit's dismissal of the plaintiff's appeal. Mailed notice (ber, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.